UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                            :
STRIKE 3 HOLDINGS, LLC,                                     :
                                                            :        Case No. 1:26-cv-00906-NGG-PCG
                              Plaintiff,                    :
                                                            :
          vs.                                               :
                                                            :
JOHN DOE subscriber assigned IP address                     :
174.44.184.23,                                              :
                                                            :
                              Defendant.                    :
-------------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber

assigned IP address 174.44.184.23, are voluntarily dismissed without prejudice.

Dated:  July 15, 2026                          Respectfully submitted,

                                               THE ATKIN FIRM, LLC
                                               By:  _/s/ John C. Atkin_
                                               John C. Atkin, Esq.
                                               400 Rella Blvd., Ste. 165
                                               Suffern, NY 10901
                                               Tel: (973) 314-8010 / Fax: (833) 693-1201
                                               JAtkin@atkinfirm.com
                                               *Attorneys for Plaintiff*

**So Ordered.**

___s/Nicholas G. Garaufis, USDJ___
**Hon. Nicholas G. Garaufis**
**Date:**  7/14/26

1